IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DENISE A. KARAKLA,<br><br>       Plaintiff,<br><br>vs.<br><br>LUTHERAN SOCIAL SERVICES OF THE SOUTHWEST,<br><br>       Defendant. | No. CIV 14-2228-TUC-CKJ<br><br>**ORDER** |

   Plaintiff Denise A. Karakla having submitted a Notice of Dismissal with Prejudice (Doc. 3),

   IT IS ORDERED CV 14-2228-TUC-CKJ is DISMISSED WITH PREJUDICE.

   IT IS FURTHER ORDERED the Clerk of Court shall close its file in this matter.

   DATED this 24th day of November, 2014.

_____
Cindy K. Jorgenson
United States District Judge